# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
### Southern District of New York

Mag. Dkt. No.                                                                                           Date

    USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

    Complaint           Removal Proceedings in

*United States v.*

The Complaint/Rule 40 Affidavit was filed on

    *U.S. Marshals please withdraw warrant*


                                                                              ASSISTANT UNITED STATES ATTORNEY
                                                                                   (handwritten or digital signature)


                                                                                   (print name if signature handwritten)

**SO ORDERED:**

DATE:

                                                                                   */s/ Kevin Nathaniel Fox*
                                                                              UNITED STATES MAGISTRATE JUDGE